UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD MEISER,

    Plaintiff,

v.                                                            Case No.:   2:21-cv-852-SPC-MRM

DEAN J GEGWETCH and
TRADITION TRANSPORTATION
COMPANY, LLC,

    Defendants.

_____/

## **ORDER**[1]

Before the Court is Defendants' Supplement to Notice of Removal. (Doc. 11). On November 17, 2021, the Court directed Defendants to supplement their Notice of Removal by identifying the LLC members' domicile and to provide additional information on the amount in controversy to show cause why this case should not be remanded for lack of subject-matter jurisdiction. (Doc. 7). The Court warned Defendants that failure to do so will result in remand without further notice. (Doc. 7 at 5). Defendants' Supplement does

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

not identify the LLC members' domicile, merely stating they are residents of Indiana (Doc. 11 at 3), which is insufficient. See *Molinos Valle Del Cibao, C. por A. v. Lama,* 633 F.3d 1330, 1341 (11th Cir. 2011). Consequently, the Court cannot determine that diversity of citizenship is present and will remand this case for lack of subject-matter jurisdiction.

Accordingly, it is now

**ORDERED:**

1. This action is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

2. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Opinion and Order to the Clerk of that Court.

3. The Clerk is **DIRECTED** to terminate any pending motions or deadlines and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 24, 2021.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record